UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHON MCMAINS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:24-cv-02584-DC-SCR<br><br>ORDER GIVING EFFECT TO PARTIES' STIPULATION AND REMANDING CASE PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. Nos. 10, 14) |

On March 11, 2025, the parties filed a stipulation agreeing to remand this case for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 14.) The parties agree that on remand, "the Appeals Council will remand the case to an Administrative Law Judge ("ALJ") for a new decision, and instruct the ALJ to re-evaluate the evidence of record." (*Id.*)

Good cause appearing, and pursuant to the parties' stipulation, this case is hereby remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the parties' stipulation.

The Clerk of the Court is directed to enter final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

/////

/////

/////

1

1  In addition, Plaintiff's pending motion for summary judgment (Doc. No. 10) is denied as
2  having been rendered moot by this order.

IT IS SO ORDERED.

Dated:   **March 18, 2025**

Dena Coggins
United States District Judge